(82 South. 384)

No. 22788.

J. S. TERRY CONST. CO. v. JAMES K. SUTHERLIN CO. et al.

(June 2, 1919.)

Appeal from Fifteenth Judicial District Court, Parish of Beauregard; Jerry Cline, Judge.

Action by the J. S. Terry Construction Company against the James K. Sutherlin Company and others. Judgment for defendants, and plaintiff appeals. Appeal dismissed.

T. T. Varner, of Poteau, and P. L. Ferguson, of De Ridder, for appellant.

Kay & Plauche, of De Ridder, and John Dymond, Jr., A. Giffen Levy, and A. G. Williams, all of New Orleans (R. J. Weinmann, of New Orleans, of counsel), for appellees.

On Motion to Dismiss Appeal.

MONROE, C. J. The questions of fact and law involved in this motion are identical with those presented in the motion filed in the case between the same litigants, No. 22,787 of the docket of this court, this day decided. 82 South. 384, ante, p. ——.

For the reasons assigned in the opinion therein handed down, therefore,

It is ordered that the motion herein filed be sustained, and the appeal in this case dismissed.